IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODY WITTER, : | |
|     Petitioner, : | |
| : | 1:13-CV-794 |
| v. : | |
| : | Hon. John E. Jones III |
| STEVEN GLUNT, *et al.*, : | |
|     Respondents. : | |

## ORDER

June 11, 2014

**AND NOW, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED as time-barred**. *See* 28 U.S.C. § 2244(d).

2. The Clerk of Court is directed to **CLOSE** the case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253.

s/ John E. Jones III
John E. Jones III
United States District Judge
